JOSEPHINE KELLY et al., Respondents, v. ANDREW FENTON, Appellant, et al., Defendants.—

The present record fails to show the existence of such circumstances as are prerequisite to the granting of a preference (cf. *Rooney* v. *Raplee*, 14 A D 2d 807). Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur. ·